# Court of Appeals
# of the State of Georgia

ATLANTA,  September 01, 2015

*The Court of Appeals hereby passes the following order:*

## A15A2370.  ESTATE OF BETHELENE NICHOLSON v. REGIONS BANK d/b/a REGIONS MORTGAGE.

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, Suzette Marshall, on behalf of the estate of Bethelene Nicholson (the "Estate"), appealed to the superior court, which granted summary judgment in favor of Regions Bank d/b/a Regions Mortgage.  The Estate then filed this direct appeal.  We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal."  (Punctuation omitted.)  *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1).  Because the Estate did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/01/2015
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.